# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00515-CV

**Tommy Mobley, Appellant**

**v.**

**Roberta Lee Mobley, Appellees**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 425TH DISTRICT
### NO. 10-3451-F425, HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss this appeal with prejudice, explaining that they have resolved their dispute. We grant the motion and dismiss the appeal with prejudice. *See* Tex. R. App. P. 42.1(a)(1).

_____

Scott K. Field, Justice

Before Justices Puryear, Goodwin and Field

Dismissed on Joint Motion

Filed:   February 21, 2014